UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DEVANTE RILEY                                                                                   PLAINTIFF

V.                              CASE NO. 3:20-CV-400-JM-JTR

LUTHER HAGLER; DAVID WEST;
ARLENE CLEMENTS; CALEB
HUMPHREY; and ADAM DAVIS                                                      DEFENDANTS

## ORDER

Plaintiff DeVante Riley has not complied with the December 10, 2020 Order directing him to pay the $402 filing fee in the full or submit a properly completed application to proceed *in forma pauperis*. *Doc. 2*. The time to comply with this Order has expired. Mail sent to Riley at his address of record, the Cross County Detention Center, has been returned as undeliverable, with no forwarding address. *Docs. 3, 4, 5*.

Therefore, this case is dismissed without prejudice due to lack of prosecution. Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2). It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED, this 7th day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE