UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DEVANTE RILEY**                                                                                 **PLAINTIFF**

V.                          **CASE NO. 3:20-CV-400-JM-JTR**

**LUTHER HAGLER; DAVID WEST;
ARLENE CLEMENTS; CALEB
HUMPHREY; and ADAM DAVIS**                                      **DEFENDANTS**

## **JUDGMENT**

Consistent with the Order entered separately today, this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

IT IS SO ORDERED, this 7th day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE